JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NADER NASER ABDELRAZZAQ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EQUIFAX INC. <br><br> Defendant. | Case No. 8:18-cv-00945-JLS-PJW <br><br> **ORDER REGARDING JOINT STIPULATION REGARDING REMAND** |

1  The Court, having considered Defendant Equifax Inc.'s ("Equifax") and
2  Plaintiffs' (collectively, "the Parties") August 24, 2018 Joint Stipulation Regarding
3  Remand, hereby **GRANTS** the Parties' Joint Stipulation.

4  The Court hereby remands the above-entitled action to the Superior Court of
5  California, County of Orange, Case No. 30-02018-0098546-CU-BT-CJC.

7  **SO ORDERED**, this 29th day of August, 2018.

_____JOSEPHINE L. STATON_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE